1
2   **E-Filed 10/27/2010**
3
4
5
6
7
8
9
10          UNITED STATES DISTRICT COURT
11          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
12

| | |
|---|---|
| JOHN H. GIORDANO and GEORGANA G. GIORDANA, | Case No.: CV10-4661-JF (PVT) |
| Plaintiffs, | (Hon. Jeremy Fogel) |
| vs. | ORDER ON PLAINTIFFS' AND DEFENDANT WACHOVIA'S STIPULATED PROPOSED BRIEFING SCHEDULE, HEARING AND POSTPONEMENT OF TRUSTEE'S SALE |
| WACHOVIA MORTGAGE, FSB: WELLS FARGO, N.A.; ETS SERVICES, LLC and DOES 1 to 100, inclusive, | |
| Defendants. | |

The Court having reviewed Plaintiffs' and Defendant Wachovia's Stipulated Briefing Schedule, Hearing and Postponement of Trustee's Sale and GOOD CAUSE APPEARING,

/ / /

/ / /

/ / /

/ / /

1    IT IS HEREBY ORDERED THAT:

2    1.   Plaintiffs shall file their Motion for a Preliminary Injunction and supporting papers
3         on November 5, 2010;
4    2.   Wachovia shall file its Motion to Dismiss and Motion to Strike and supporting
5         papers on November 5, 2010;
6    3.   Plaintiffs' Motion for Preliminary Injunction and Wachovia's Motion to Dismiss
7         and Motion to Strike shall be heard concurrently on December 10, 2010 at 9:00
8         a.m., ~~or _____ at _____ a.m.~~
9    4.   Local Rule 7-3 and 7-4 shall govern the abovementioned motions.
10   5.   The trustee's sale on the subject property shall be no earlier than January 5, 2011.

Date: 10/27/2010

HON. JEREMY FOGEL
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document(s):

**ORDER ON PLAINTIFFS' AND DEFENDANT WACHOVIA'S STIPULATED PROPOSED BRIEFING SCHEDULE, HEARING AND POSTPONEMENT OF TRUSTEE'S SALE**

on all interested parties in said case addressed as follows:

**Served Electronically via Court's CM/ECF System:**

Stephen C. Ruehmann
Ruehmann Law Firm, P.C.
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630

*Tel: 916.988.8001 / Fax: 916.988.8002*

☐ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **October 25, 2010.**

| Nancy J. Peters | */s/ Nancy J. Peters* |
|---|---|
| (Print name) | (Signature) |