UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN H. GIORDANO and GEORGANA G. GIORDANO

        Plaintiff(s),

v.

WACHOVIA MORTGAG, FSB; WELLS FARGO, N.A.; ETS SERVICES, LLC, et al.

        Defendant(s).

CASE NO. CV10-4661-JF(PVT)

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- Non-binding Arbitration (ADR L.R. 4)
- Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- ✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:

    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓   other requested deadline  March 31, 2011 (MTD hearing on Dec. 10, 2010)

Dated: 11/24/2010                         /s/ Stephen Ruehmann
                                          Attorney for Plaintiff

Dated: 11/24/2010                         /s/ Yaw-Jiun (Gene) Wu
                                          Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- X Mediation
- Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- X other March 31, 2011

IT IS SO ORDERED.

Dated: 12/13/10

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document entitled:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

on all interested parties in said case addressed as follows:

*__Served Electronically Via the Court's CM/ECF System:__*

Stephen C. Ruehmann, Esq.
Ruehmann Law Firm, P.C.
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630

*Tel: 916.988.8001 / Fax: 916.988.8002*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **November 24, 2010.**

_____
Wendy Mutum
*(Print Name)*

_____
*(Signature of Declarant)*

w:\litig\92981\000181\00052339.doc