# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Giordano,<br><br>            Plaintiff(s),<br><br>     v.<br><br>Wachovia Mortgage, FSB,<br><br>            Defendant(s). | 10-04661 JF MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Mark L. Strombotne**
> Strombotne Law Firm
> 6501 Crown Blvd., #106 F7
> San Jose, CA 95120-2903
> 408-971-9540
> MLS@StrombotneLaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
10-04661 JF MED                              - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: January 5, 2011

          RICHARD W. WIEKING
          Clerk
          by:    Claudia M. Forehand

          _____/s/_____
          ADR Case Administrator
          415-522-2059
          Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
10-04661 JF MED      - 2 -