Stephen C. Ruehmann, Esq. (167533)
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, CA 95630
Tel (916) 988-8001
Fax (916) 988-8002

Attorneys for Plaintiffs,
JOHN H. GIORDANO and GEORGANA G. GIORDANO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOHN H. GIORDANO and GEORGANA G. GIORDANO, <br><br> Plaintiffs, <br><br> vs. <br><br> WACHOVIA MORTGAGE, FSB; WELLS FARGO, N.A; ETS SERVICES, LLC and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.: CV10-4661-JF (PVT) <br><br> **DECLARATION OF STEPHEN C. RUEHMANN RE LATE OPPOSITION TO WACHOVIA'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> Date: March 25, 2011 <br> Time: 9:00 a.m. <br> Crtm: 3 <br><br> Honorable Jeremy Fogel |

I, Stephen C. Ruehmann, hereby declare:

1. I am counsel of record for Plaintiffs, JOHN H. GIORDANO and GEORGANA G. GIORDANO, in the above-referenced matter. The following facts are within my personal knowledge and I could testify competently thereto if called upon to do so.

2. As is standard procedure at our firm, I forwarded Defendant's Motion to Dismiss and supporting paperwork to my legal assistant and calendaring clerk, Felicia Jachim, to be entered into the firm's electronic calendar.

3. Unfortunately, the opposition deadline was inadvertently miscalendared. While we filed our Opposition papers as soon as the mistake was discovered, they were nonetheless filed well after the actual opposition due date of March 4, 2011.

4. In an effort to afford the parties a chance to fully brief the matter before the Court rules upon the Motion, we also contacted counsel for the moving party, Gene Wu, to request that they stipulate to moving the hearing date back sufficiently far that movant could file a Reply and the Court have ample time to consider the matter on the merits. Opposing counsel declined to so stipulate.

5. It would be unjust for my clients to suffer prejudice as a result of the inadvertent calendaring error by my office. Accordingly, I respectfully request that the Court accept and consider the belated Opposition and reschedule the hearing on the Motion at issue to allow the moving party the opportunity to file a Reply.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 15, 2011

                                        /s/ Stephen C. Ruehmann, Esq.
                                        Stephen C. Ruehmann
                                        Attorney for Plaintiffs

DECLARATION OF STEPHEN C. RUEHMANN RE LATE OPPOSITION TO WACHOVIA'S MOTION TO