\*\*E-Filed 4/19/2011\*\*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOHN H. GIORDANO and GEORGANA G. GIORDANO,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA MORTGAGE, FSB: WELLS FARGO, N.A.; ETS SERVICES, LLC and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: CV10-4661-JF (PVT)<br><br>(Hon. Jeremy Fogel)<br><br>**ORDER ON PLAINTIFFS' AND DEFENDANT WACHOVIA'S SECOND STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND MEDIATION COMPLETION DATE** |

The Court, having reviewed Plaintiffs' and Defendant Wachovia's Second Stipulated Request to Continue Case Management Conference and ADR Completion Date, and GOOD CAUSE APPEARING,

/ / /

/ / /

/ / /

/ / /

/ / /

1 | IT IS HEREBY ORDERED THAT:

2 | 1.   The Case Management Conference is Continued from April 29, 2011 at 10:30 a.m.

3 |      to July 8, 2011 at 10:30 a.m.; and,

4 | 2.   The ADR (Mediation) Completion Date is Continued from June 3, 2011 to

5 |      August 5, 2011.

Date: 4/19/2011

_____
HON. JEREMY FOGEL
United States District Court Judge

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document entitled:

**ORDER ON PLAINTIFFS' AND DEFENDANT WACHOVIA'S SECOND STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND MEDIATION COMPLETION DATE**

on all interested parties in said case addressed as follows:

*Served Electronically Via the Court's CM/ECF System:*

Stephen C. Ruehmann, Esq.
RUEHMANN LAW FIRM, P.C.
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630

*Tel: 916.988.8001 / Fax: 916.988.8002*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **April 4, 2011.**

| Wendy Mutum | */s/ Wendy Mutum* |
|---|---|
| *(Print Name)* | *(Signature of Declarant)* |