**E-Filed 4/29/2011**

Stephen C. Ruehmann, Esq. (167533)
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, CA 95630
Tel (916) 988-8001
Fax (916) 988-8002

Attorneys for Plaintiffs,
JOHN H. GIORDANO and GEORGANA G. GIORDANO

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**
**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| JOHN H. GIORDANO and GEORGANA G. GIORDANO,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>WACHOVIA MORTGAGE, FSB; WELLS FARGO, N.A; ETS SERVICES, LLC and DOES 1 to 100, inclusive,<br><br>　　　　　　Defendants. | Case No.: CV10-4661-JF (PVT)<br><br>~~[PROPOSED]~~ **ORDER GRANTING MOTION TO WITHDRAW** |

　　　　Movant Stephen Ruehmann ("Movant")'s Motion to Withdrawal came on for hearing before the Court, and all parties being represented by counsel.  The Court having reviewed the Motion, and after consideration of all papers filed by the parties, and all other matters presented to the Court, the Court finds that the Motion, should be granted.

　　　　All moving papers will be served on Plaintiff by mail at 1136 Speciale Drive, San Jose, California, 95125.

/ / /

/ / /

1
[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

1  **IT IS HEREBY ORDERED**, the Motion for Leave to Withdraw is GRANTED, and
2  Movant is terminated as counsel by this Order.
3
4
5  Dated: 4/29/2011                              _____
6                                                 HONORABLE UNITED STATES
                                                   DISTRICT COURT JUDGE
7
...
28