UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOHN H. GIORDANO and GEORGANA G. GIORDANO,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA MORTGAGE, FSB: WELLS FARGO, N.A.; ETS SERVICES, LLC and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: CV10-4661-JF (PVT)<br><br>(Hon. Jeremy Fogel)<br><br>**ORDER ON PLAINTIFFS' AND DEFENDANT WACHOVIA'S THIRD STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND MEDIATION COMPLETION DATE** |

The Court, having reviewed Plaintiffs' and Defendant Wachovia's Second Stipulated Request to Continue Case Management Conference and ADR Completion Date, and GOOD CAUSE APPEARING,

/ / /

/ / /

/ / /

1  IT IS HEREBY ORDERED THAT:

2      1.    The Case Management Conference is Continued from July 8, 2011 at 9:00 a.m. to

3          September 9, 2011 at 10:30 a.m.; and,

4      2.    The ADR (Mediation) Completion Date is Continued from August 5, 2011 to

5          October 7, 2011.

Date: 6/23/11

*[signature]*

HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document entitled:

**ORDER ON PLAINTIFFS' AND DEFENDANT WACHOVIA'S THIRD STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND MEDIATION COMPLETION DATE**

on all interested parties in said case addressed as follows:

***Served by Other Means Other Than the Court's CM/ECF System:***

| *In Pro Per*<br><br>John H. Giordano<br>1136 Speciale Drive<br>San Jose, CA 95125 | *In Pro Per*<br><br>Georgana G. Giordano<br>1136 Speciale Drive<br>San Jose, CA 95125 |
|---|---|

☒ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **June 21, 2011.**

| Wendy Mutum | */s/ Wendy Mutum* |
|---|---|
| *(Print Name)* | *(Signature of Declarant)* |

w:\litig\92981\000181\00175831.doc